NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BAE SYSTEMS INFORMATION AND
ELECTRONIC SYSTEMS INTEGRATION INC.,**
*Plaintiff-Appellant,*

v.

**AEROFLEX INCORPORATED AND AEROFLEX
PLAINVIEW INC.,**
*Defendants-Cross Appellants.*

---

2012-1559, -1589

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0769, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

The parties jointly move to dismiss these appeals due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

BAE SYSTEMS INFORMATION V. AEROFLEX INCORPORATED          2

(1) The motion is granted.  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s21

Issued As A Mandate:  ___DEC 1 3 2012___